IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Alan Ziegler, Nicolas Bene, Lissette : 
Chevalier, Jose Munoz, and Efrain : 
Caban, Individually and on Behalf of : 
all Similarly Situated Persons : 
 : 
v. : No. 1777 C.D. 2019
 : 
The City of Reading and Reading : 
Area Water Authority : 
 : 
Appeal of: City of Reading : 

## <u>**AMENDING ORDER**</u>

AND NOW, this <u>1</u>st day of <u>March</u>, 2021, the Opinion in the above matter, filed January 8, 2021, is AMENDED to correct the misstatements that the Court of Common Pleas of Berks County (trial court) held additional evidentiary hearings on remand. The corrections, which appear on pages 5, 9, 10 and 11, clarify that the trial court decided the matter based on the evidentiary record previously established.

In all other respects, the Court's Opinion and Order remains intact, and a corrected copy is attached.

_____
MICHAEL H. WOJCIK, Judge